IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SECIAL HEATH, #03174532 | § | |
| | § | CIVIL ACTION NO. 2:24cv77 CONSOLIDATED WITH |
| VS. | § | NOS. 2:24cv62, 2:24cv155, 2:24cv158, 2:24cv427, 2:24cv596, 2:24cv597, |
| | § | 2:24cv676, 2:24cv697, 2:24cv698, 2:24cv699, and 2:24cv773 |
| E- COMMS, ET. AL. | § | |

**FINAL JUDGMENT**

The Court having considered Plaintiff's civil lawsuits and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Plaintiff's lawsuits are **DISMISSED** with prejudice.

So Ordered this

Nov 27, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE